FILED

11/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0196

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0196

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MICHAEL PAUL SULLIVAN,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of the State's motion for a 30-day extension of time, and good cause appearing therefor, the State is granted an extension of time to and including December 20, 2024, within which to prepare, file, and serve the Appellee's response brief.

**CLG**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 20 2024